UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RAYMOND DARDAR<br>VERSUS<br>T&C MARINE, LLC | CIVIL ACTION NO.: 16-13797<br><br>SECTION: |

**SEAMAN'S COMPLAINT**

Plaintiff, Raymond Dardar, an individual of the full age of majority and domiciliary of Crossville, Tennessee, respectfully represents as follows:

**I.**

Made Defendant herein is:

A. T&C Marine, LLC, a corporation authorized to and doing business in the State of Louisiana. Defendant has appointed Nacis John Theriot as its registered agent for service of process, whose address is 151 East 117th, Galliano, Louisiana 70354.

**II.**

Plaintiff brings this action pursuant to 46 U.S.C. § 30104, more commonly known as the Jones Act.

**III.**

Jurisdiction of this matter is conferred by 28 U.S.C. § 1333 (1); venue of this action is pursuant to 28 U.S.C. § 1391 (b) and (c). This action is filed without the prepayment of costs pursuant to 28 U.S.C. § 1916.

**IV.**

On and prior to May 25, 2016, Defendant owned and operated a vessel known as the M/V SHELBY COURTNEY.

**V.**

At all pertinent times, Defendant employed Plaintiff, Raymond Dardar, as a Jones Act seaman assigned to the aforementioned vessel.

**VI.**

On or about May 25, 2016, Plaintiff, Raymond Dardar, was working aboard the vessel on navigable waters when his foot was violently slammed in a heavy water-tight door.

**VII.**

The above described accident was caused by the negligence of Defendant, T&C Marine, LLC, its agents, servants, employees or others for whom it is legally responsible in the following, though not exclusive, respects:

A. In failing to provide Plaintiff with a safe place to work;

B. By allowing for the failure of vessel equipment under normal use;

C. By allowing a dangerous hazard to exist on the vessel; and

D. Other acts of negligence that will be demonstrated at the trial of this matter.

**VIII.**

Due to injuries sustained by Plaintiff, Raymond Dardar, he has incurred physical disability, has suffered grievous physical and mental pain and anguish, loss of bodily function and embarrassment, and is entitled to recover from Defendant, T&C Marine, LLC, the sum of TWO MILLION AND NO/100 ($2,000,000.00) DOLLARS.

**SECOND CAUSE OF ACTION**

**IX.**

And now, Plaintiff, Raymond Dardar, alleges a second cause of action based on the general maritime law and reiterates all of the allegations contained in the foregoing paragraphs.

**X.**

Under the general maritime law, it was the duty of the Defendant, T&C Marine, LLC, as the owner and operator, to furnish seamen with a safe place to work, with safe gear and appurtenances, equipment, and with an adequate crew and a seaworthy vessel.

**XI.**

Plaintiff shows that at the time and place of the occurrence of the accident, on or about May 25, 2016, Plaintiff was working aboard a vessel in navigation and performing the type of work traditionally performed by seamen and therefore was owed the warranty

of seaworthiness by Defendant, T&C Marine, LLC.

**XII.**

Plaintiff avers that the failure of Defendant, T&C Marine, LLC, to provide Plaintiff with a safe place to work, by allowing a hazard on the deck of the vessel and by allowing for the failure of vessel equipment under normal use renders the M/V SHELBY COURTNEY unseaworthy, and that the unseaworthiness was a proximate cause of Plaintiff's accident and injuries and the resulting illness and disability.

**THIRD CAUSE OF ACTION**

**XIII.**

Now, Plaintiff, Raymond Dardar, alleges a third cause of action under the general maritime law for wages, maintenance and cure, past and future, and reiterates all of the allegations contained in the first two causes of action.

**XIV.**

Plaintiff avers that he is entitled additionally to wages, maintenance and cure for those periods from approximately May 25, 2016 at the rate of FIFTY AND NO/100 ($50.00) DOLLARS per day, and to an undetermined date in the future during which he is unable to work and perform his duties as a seaman and has not reached maximum cure, which Plaintiff estimates to be in the sum of ONE HUNDRED THOUSAND AND NO/100 ($100,000.00) DOLLARS, and for compensatory damages and attorney's fees for having to pursue by proper procedure the recovery of said maintenance and cure.

**JURY DEMAND**

That pursuant to the provisions of the aforesaid 46 U.S.C. § 30104, more commonly known as the Jones Act, Plaintiff is entitled to and demands a trial by jury on all issues related herein.

**WHEREFORE**, Plaintiff, Raymond Dardar, demands a judgment against Defendant, T&C Marine, LLC, in the sum of TWO MILLION AND NO/100 ($2,000,000.00) DOLLARS, with legal interest from date of injury, together with all costs and disbursements of this action and for all appropriate and general relief and for a trial by jury.

Plaintiff further demands against Defendant, T&C Marine, LLC, for wages, maintenance and cure in the sum of ONE HUNDRED THOUSAND AND NO/100 ($100,000.00) DOLLARS. Plaintiff demands punitive, exemplary and compensatory damages as well as attorney's fees.

Plaintiff further prays for all general, legal, equitable and maritime relief available to him under the laws of the United States, and for a civil trial by jury.

[THIS SPACE INTENTIONALLY LEFT BLANK]

Respectfully submitted:

*/s/ C. Arlen Braud, II*______________________
**C. ARLEN BRAUD, II, #20719**
**MICHELLE O. GALLAGHER, #23886**
**STEVEN D. JACKSON, #35841**
Braud & Gallagher, L.L.C.
111 N. Causeway Blvd., Ste. 201
Mandeville, Louisiana 70448
Telephone: (985) 778-0771
Facsimile: (985) 231-4663
arlenb@braudandgallagher.com
michelleg@braudandgallagher.com
stevenj@braudandgallagher.com
**Counsel for Plaintiff, Raymond Dardar**

**TO BE SERVED VIA SUMMONS**

T&C Marine, LLC
Through its Agent for Service:
Nacis John Theriot
151 East 117th
Galliano, LA 70354