UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RAYMOND DARDAR** | * | **CIVIL ACTION** |
| | * | |
| | * | **NUMBER: 16-13797 (H)(2)** |
| versus | * | |
| | * | **DISTRICT JUDGE MILAZZO** |
| **T&C MARINE, LLC** | * | |
| | * | **MAGISTRATE JUDGE WILKINSON** |

******************************************

## WITNESS AND EXHIBIT LISTS

**NOW INTO COURT**, through undersigned counsel, comes the Defendant, T&C Marine, LLC, respectfully submitting the instant lists of witnesses who may be called to testify and exhibits which may be offered into evidence at the trial of this matter.

WITNESS LIST

1. Raymond Dardar, Plaintiff;

2. A representative of T&C Marine, LLC, Defendant;

3. Clint Curole, fact witness;

4. Dr. Claudie Sheahan, expert witness;

5. Captain Jeff Jordan, fact witness;

6. Mr. Nacis Theriot, fact witness;

7. Mrs. Judith Weiser Dardar, fact witness;

8. Any and all physicians and other medical providers who evaluated and/or treated the Plaintiff in connection with the alleged injury claimed in this lawsuit.

9. Any witness listed or called by any other party herein

10. Any witness identified during discovery

11. Any witness necessary to authenticate a document or exhibit during trial.

EXHIBIT LIST

1. Medical records generated by and kept in the ordinary course of business of the Plaintiff's treating physicians and other medical providers.

2. a true and complete copy of the Plaintiff's Medicare Benefits Card

3. All photographs and video and other recordings by counsel for the Plaintiff and/or Captain J.P. Jamison taken during the vessel inspection of M/V SHELBY COURTNEY

4. M/V SHELBY COURTNEY United States Coast Guard Certificate of Inspection

5. Plaintiff's Social Security Administration Records

6. Plaintiff's payroll/earning's records

7. Plaintiff's tax returns

8. Plaintiff's personnel file

9. Any and all exhibits that may be offered to support or oppose the purported expert opinions of Dr. Shael Wolfson and/or Captain J.P. Jamison;

10. Any exhibit identified during discovery

11. Any exhibit listed and/or offered by any other party

Discovery is still ongoing and, therefore, the Defendant respectfully reserves its right to supplement the foregoing lists of witnesses who may be called to testify at trial and exhibits which may be offered into evidence at trial

should information developed during discovery warrant such an amendment or supplementation.

**WHEREFORE**, the Defendant, T&C Marine, LLC, prays the instant lists of witnesses who may be called at trial and exhibits which may be offered into evidence at trial be deemed sufficient and that after due proceedings are had, judgment be rendered in favor of the Defendant and against the Plaintiff.

Respectfully submitted,

**MEEKS & ASSOCIATES, LLC**


s/*Phyllis E. Glazer*
**S. DANIEL MEEKS (#9407) (T.A.)**
**PHYLLIS E. GLAZER (#29878)**
3401 West Esplanade Avenue, South, Suite 3
Metairie, Louisiana  70002
Telephone:  (504) 355-0020
Facsimile:   (504) 355-0024
Email: DMeeks@MeeksLawLLC.com
          PGlazer@MeeksLawLLC.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2017, I electronically filed the foregoing with the Clerk of Court using the Court's CM/ECF system which will provide a notice of electronic filing to all parties through their counsel of record.  I further certify that all parties to this matter are represented by CM/ECF participants

*s/Phyllis E. Glazer*
**PHYLLIS E. GLAZER**