MINUTE ENTRY
MILAZZO, J.
JANUARY 22, 2018

JS-10: 05:45

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

RAYMOND DARDAR                                   CIVIL ACTION

VERSUS                                            NO. 16-13797

T&C MARINE, L.L.C.                               SECTION "H"(2)


**JURY TRIAL**
(Day 1)

CASE MANAGER: ERIN MOULEDOUS
COURT REPORTER: KAREN IBOS
LAW CLERK: EMMY SCHROETER

APPEARANCES:   ARLEN BRAUD, II, MICHELLE GALLAGHER, STEVEN JACKSON, JR., FOR PLAINTIFF
SIDNEY MEEKS, PHYLLIS GLAZER, KRISTEN MEEKS, FOR DEFENDANT


Oath on Voir Dire is administered to jury.
Court begins at 8:50 a.m.
Voir Dire is questioned by the Court.
Jury of 8 selected; the remainder of the jurors are excused.
Oath to Truly Try is administered.
Preliminary Instructions read to jurors.
Court recessed at 10:10 a.m.
Court in session at 10:30 a.m.
Opening statements presented by Counsel.

Raymond Dardar sworn in to testify.
Exhibit P-2 offered and admitted into evidence.

Court recessed at 12:00 Noon.
Court in session at 1:10 p.m.

Dr. Shael Wolfson sworn in to testify. Dr. Wolfson is accepted by the Court as an expert in the field of forensic economics.
Exhibit J-16 offered and admitted into evidence.

Testimony of Raymond Dardar continues.
Exhibits J-1 – J-15, J-17 offered and admitted into evidence.

Court recessed 2:20 p.m.
Court in session 2:30 p.m.
Plaintiff's Counsel makes an oral Motion for Mis-Trial outside jury presence. The Court DENIES for reasons set forth on record.

Testimony of Raymond Dardar continues.

Nacis John Theriot sworn in to testify.
Exhibit P-3 offered and admitted into evidence.

Captain James Jamison sworn in to testify. Captain Jamison is accepted by the Court as an expert in the field of marine and marine safety.

Dr. Claudie Sheahan sworn in to testify. Dr. Sheahan is accepted by the Court in the field of vascular surgery.

Court recessed at 4:45 p.m. until January 23, 2018 at 8:30 a.m.

