UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

RAYMOND DARDAR                              CIVIL ACTION

VERSUS                                      NO: 16-13797

T&C MARINE LLC                              SECTION "H"

## JURY VERDICT FORM

(1) Do you find from a preponderance of the evidence that Plaintiff Raymond Dardar had an accident on or about May 23, 2016 aboard the M/V Shelby Courtney?

We, the jury, unanimously find:

_____✓_____ YES            _____ NO

If the answer to Question (1) is "YES," please proceed to Question (2). If "NO," please proceed to Question (7).

(2) Do you find from a preponderance of the evidence that Defendant T&C Marine was negligent under the Jones Act and that its negligence was a cause, in whole or in part, of the damage or the injury to Plaintiff Raymond Dardar?

We, the jury, unanimously find:

_____ YES            _____✓_____ NO

Please proceed to Question (3).

(3) Do you find from a preponderance of the evidence that the M/V Shelby Courtney was unseaworthy and that its unseaworthy condition was a proximate cause of Plaintiff Raymond Dardar's injury?

We, the jury, unanimously find:

_____ YES                    \_\_\_\_✓\_\_\_\_\_ NO

If the answer to Question (2) OR (3) is "YES," please proceed to Question (4). If your answer to Question (2) and (3) is "NO," proceed to Question (7).

(4) Do you find from a preponderance of the evidence that Plaintiff Raymond Dardar's negligence played a part in or contributed to his injury?

We, the jury, unanimously find:

_____ YES                    _____ NO

If the answer to Question (4) is "YES," please proceed to Question (5). If "NO," proceed to Question (6).

(5) **Please allocate the percentage of negligence/fault you find each party had in causing the accident (total must equal 100%).**

    We, the jury, unanimously find:

    _____ T&C Marine, LLC

    _____ Raymond Dardar

Please proceed to Question (6).

(6) **What amount, if any, will fairly and adequately compensate the Plaintiff Raymond Dardar for injuries sustained as a result of the accident?**

    We, the jury, unanimously find:

| | |
|---|---|
| Past Lost Wages and Benefits | $_____ |
| Medical Expenses | $_____ |
| Pain and Suffering | $_____ |

Please proceed to Question (7).

(7) **Do you find from a preponderance of the evidence that Plaintiff Raymond Dardar had an injury or illness that manifested during the service of the M/V Shelby Courtney?**

    We, the jury, unanimously find:

    \_\_\_✓\_\_\_ YES             _____ NO

If the answer to Question (7) is "YES," please proceed to Question (8). If "NO," please sign and date this form and return it to the Marshal.

(8) With respect to the injuries at issue in this case, do you find that Plaintiff Raymond Dardar has reached maximum medical improvement?

    We, the jury, unanimously find:

    _____✓_____ YES             _____ NO

Please proceed to Question (9).

(9) On what date do you find that Plaintiff Raymond Dardar reached or will reach maximum medical improvement?

    We, the jury, unanimously find:

    Date: __January 18 2017__

Please proceed to Question (10).

(10) What amount of cure do you find is owed to Plaintiff Raymond Dardar?

    We, the jury, unanimously find:

    Cure            $ __3,500.00__

Please proceed to Question (11).

(11) Do you find from a preponderance of the evidence that T&C Marine acted unreasonably in failing to provide maintenance and cure to Plaintiff Raymond Dardar, resulting in some harm/injury to him?

    We, the jury, unanimously find:

    _____✓_____ YES             _____ NO

If the answer to Question (11) is "YES," please proceed to Question (12). If "NO," please sign and date this form and return it to the Marshal.

(12) What amount do you find will fully and fairly compensate Plaintiff Raymond Dardar for Defendant T&C Marine's unreasonable failure to provide maintenance and cure?

    We, the jury, unanimously find:

$  72,500.00

Please proceed to Question (13).

(13) Do you find by a preponderance of the evidence that T&C Marine, in failing to provide maintenance and cure to Mr. Dardar, acted not only unreasonably, but also willfully and wantonly such that punitive damages are warranted?

    We, the jury, unanimously find:

    _____✓_____ YES             _____ NO

If the answer to Question (13) is "YES," please proceed to Question (14). If "NO," please sign and date this form and return it to the Marshal.

**(14) What amount in punitive damages should Defendant T&C Marine owe to Plaintiff Raymond Dardar for its willful and wanton failure to provide maintenance and cure?**

    We, the jury, unanimously find:

    $ _70,000_

Please proceed to Question (15).

**(15) Do you find by a preponderance of the evidence that T&C Marine, in failing to provide maintenance and cure to Mr. Dardar, acted not only unreasonably, but also willfully and wantonly such that an award of attorneys' fees are warranted?**

    We, the jury, unanimously find:

    ___✓___ YES          _____ NO

Please sign the Verdict Form and return to the courtroom.

New Orleans, Louisiana, this _24_ day of January, 2018.

