**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **RAYMOND DARDAR** | **CIVIL ACTION** |
| **VERSUS** | **NO: 16-13797** |
| **T&C MARINE LLC** | **SECTION "H"** |

## JUDGMENT

Considering the verdict of the jury render on January 24, 2018;

**IT IS ORDERED, ADJUDGED, AND DECREED** that judgment be entered in favor of Defendant T&C Marine, LLC and against Plaintiff Raymond Dardar on Plaintiff's Jones Act and unseaworthiness claims.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that judgment be entered in favor of Plaintiff Raymond Dardar and against Defendant T&C Marine, LLC on Plaintiff's maintenance and cure and failure to pay maintenance and cure claims in the amounts of $4,180 for maintenance, $3,500 for cure, $72,500 in compensatory damages, and $20,000 in punitive damages.

New Orleans, Louisiana this 25th day of January, 2018.

**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**