UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RAYMOND DARDAR**<br><br>**VERSUS**<br><br>**T&C MARINE, LLC** | **CIVIL ACTION NO.: 16-13797**<br><br>**SECTION: "H"(2)**<br><br>**JUDGE JANE TRICHE MILAZZO**<br><br>**MAGISTRATE JUDGE**<br>**JOSEPH C. WILKINSON** |

## MOTION TO SET ATTORNEYS' FEES

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, Raymond Dardar, who files this motion seeking attorneys' fees from Defendant, T&C Marine, LLC.  Pursuant to the Judgment (R. Doc. 78), issued January 25, 2018 following the jury trial in this matter, Plaintiff was the prevailing party on his claim for maintenance and cure against Defendant, and he was awarded compensatory damages and punitive damages related to Defendant's failure to pay maintenance and cure.  Further, pursuant to the jury's verdict (*see* R. Doc. 75 at 6), an award of attorneys' fees was warranted due to Defendant's unreasonable, willful and wanton failure to pay maintenance and cure.

Accordingly, Plaintiff herein requests that Defendant, T&C Marine, LLC, be required to pay his attorneys' fees of $81,015.  This amount represents the lodestar calculation of fees based on the reasonable number of hours his attorneys expended in prosecuting his claim for maintenance and cure and a reasonable hourly rate for each of his attorneys.

**WHEREFORE**, and for the reasons set forth in the attached Memorandum in Support, Plaintiff, Raymond Dardar, respectfully requests that this Honorable Court grant his Motion and

enter judgment against Defendant, T&C Marine, LLC, requiring them to pay his attorneys fees of $81,015.

                          Respectfully submitted:

                          _____
                          **C. ARLEN BRAUD, II, #20719**
                          **MICHELLE O. GALLAGHER, #23886**
                          **STEVEN D. JACKSON, #35841**
                          Braud & Gallagher, L.L.C.
                          111 N. Causeway Blvd., Ste. 201
                          Mandeville, LA 70448
                          Telephone:   (985) 778-0771
                          Facsimile:    (985) 231-4663
                          arlenb@braudandgallagher.com
                          michelleg@braudandgallagher.com
                          stevenj@braudandgallagher.com
                          **Counsel for Plaintiff**

## **CERTIFICATE OF SERVICE**

    I hereby certify that on February 7, 2018, I electronically filed the foregoing with the clerk of court by using the CM/ECF system which will send a notice of electronic filing to all counsel.

                _____
                    **C. ARLEN BRAUD, II**