UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RAYMOND DARDAR<br><br>VERSUS<br><br>T&C MARINE, LLC | CIVIL ACTION NO.: 16-13797<br><br>SECTION: "H"(2)<br><br>JUDGE JANE TRICHE MILAZZO<br><br>MAGISTRATE JUDGE<br>JOSEPH C. WILKINSON |

### DECLARATION OF MICHELLE O. GALLAGHER

I, Michelle O. Gallagher, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am an attorney admitted to practice before this Court, and I was an attorney at the trial in the above-captioned matter. I am a partner in the firm Braud & Gallagher, LLC. I submit this declaration in support of Plaintiff's Motion to Set Attorneys' Fees. This Declaration is based on my personal knowledge, and, if called upon to testify, I would testify to the following.

2. I am one of the counsel of record for Plaintiff in the above-captioned litigation. I received my law degree from Louisiana State University School of Law in 1995. I have been practicing in Louisiana since admittance to the bar in 1995. I have over 18 years of legal experience practicing in the areas of maritime and Jones Act law. I have been admitted to practice before all courts in the State of Louisiana, all federal courts in Louisiana and before the U.S. Supreme Court.

3. Based on my experience and the average rates for other attorneys in the New Orleans area with equivalent experience, I believe $350 per hour is a reasonable hourly billing rate.

4. Working with me as integral members of the trial team were:

    a. C. Arlen Braud, II, the other partner at Braud & Gallagher, LLC, who graduated from law school in 1991. Based on his experience, I believe Mr. Braud's billing rate of $350 per hour is reasonable; and

    b. Steven D. Jackson, who practices as an associate at Braud & Gallagher, LLC, and is a 2010 graduate of American University Washington College of Law. Based

**EXHIBIT B**

    on his experience, I believe Mr. Jackson's billing rate of $225 per hour is reasonable.

5. In my opinion, these hourly rates are reasonable and within the current market rates for litigation attorneys of comparable experience, ability, skills and reputation in New Orleans.

6. Attached as Exhibit D to Plaintiff's Motion is an itemization for the hours Braud & Gallagher attorneys expended in this litigation, as modified as described in Paragraph 7.

7. Braud & Gallagher wishes to be reasonable and fair in seeking fees. To that end, we have cut the hours that were billed to this matter to eliminate redundancy, while still recognizing that every member of the pre-trial and trial team played a unique and critical role. Nonetheless, for example, meetings, for billing purposes, have been reduced to one participant and, though all team members reviewed various file documents, only one team member may be listed as having reviewed said documents. This represents only a decision to exercise billing judgment. Further, not every telephone call, e-mail or meeting regarding this case has been included in this itemization.

8. The overall lodestar request contained herein, as detailed in Exhibit D, is in my judgment wholly reasonable and necessary in light of the actual work performed in this litigation and the result obtained.

9. In addition to billable time, Braud & Gallagher, LLC incurred costs totaling $16,454.39. These costs were wholly reasonable and necessary in light of the actual work performed in this litigation and the result obtained. The Bill of Costs will be separately filed.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Mandeville, Louisiana, on this the 7th day of February, 2018.

_____
MICHELLE O. GALLAGHER