# Hourly Log

| Date | Attorney | Activity | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 8/9/2016 | CAB | initial meeting with client | 1.00 | 350.00 | 350.00 |
| 8/12/2016 | CAB | review drafted complaint | 0.20 | 350.00 | 70.00 |
| 8/25/2016 | CAB | review letter from York Risk re extension | 0.20 | 350.00 | 70.00 |
| 9/1/2016 | SDJ | telephone call with D. Meeks | 0.20 | 225.00 | 45.00 |
| 9/2/2016 | CAB | review def. Mot. for Extension to Respond | 0.10 | 350.00 | 35.00 |
| 9/6/2016 | CAB | review order granting def. motion for extension to respond | 0.10 | 350.00 | 35.00 |
| 9/8/2016 | SDJ | email defense re Pl's medical treatment | 0.10 | 225.00 | 22.50 |
| 9/15/2016 | SDJ | letter to D. Meeks re maintenance and cure | 0.50 | 225.00 | 112.50 |
| 9/21/2016 | SDJ | review letter from defense re HIPAA forms | 0.40 | 225.00 | 90.00 |
| 10/4/2016 | CAB | review def's Answer | 0.30 | 350.00 | 105.00 |
| 10/7/2016 | CAB | review letter to def re instituting M&C | 0.10 | 350.00 | 35.00 |
| 10/12/2016 | SDJ | review email from def. re HIPAAs and reply | 0.10 | 225.00 | 22.50 |
| 10/19/2016 | CAB | review maintenance and cure letter to defense | 0.10 | 350.00 | 35.00 |
| 10/27/2016 | CAB | scheduling conference with court | 0.20 | 350.00 | 70.00 |
| 10/28/2016 | SDJ | review scheduling order for deadlines | 0.30 | 225.00 | 67.50 |
| 11/10/2016 | SDJ | draft and edit initial disclosures | 0.80 | 225.00 | 180.00 |
| 11/15/2016 | CAB | draft/notes for discovery to defendant | 0.40 | 350.00 | 140.00 |
| 11/21/2016 | SDJ | draft and edit discovery to defendant | 2.20 | 225.00 | 495.00 |
| 12/6/2016 | CAB | draft and review letter to Dr. Thomas Little re causation report | 0.20 | 350.00 | 70.00 |
| 12/21/2016 | CAB | phone call with client | 0.30 | 350.00 | 105.00 |
| 12/27/2016 | CAB | review letter from defense re maintenance and cure, HIPAA forms and its investigation | 0.20 | 350.00 | 70.00 |
| 1/9/2017 | CAB | draft and review letter to defense re setting discovery conference | 0.10 | 350.00 | 35.00 |
| 1/11/2017 | CAB | review letter to def. w/ Little's letter | 0.10 | 350.00 | 35.00 |
| 1/25/2017 | SDJ | draft and edit status report for court | 0.30 | 225.00 | 67.50 |

**EXHIBIT D**

# Hourly Log

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 1/25/2017 | CAB | review Pl's status report for court | 0.10 | 350.00 | 35.00 |
| 1/26/2017 | CAB | review T&C status report to court | 0.20 | 350.00 | 70.00 |
| 1/30/2017 | CAB | review letter to defense re setting discovery conference | 0.10 | 350.00 | 35.00 |
| 1/31/2017 | CAB | travel to status conference in New Orleans | 1.00 | 350.00 | 350.00 |
| 1/31/2017 | CAB | preliminary status conference with court | 0.50 | 350.00 | 175.00 |
| 1/31/2017 | CAB | travel from status conference in New Orleans | 1.00 | 350.00 | 350.00 |
| 2/6/2017 | CAB | review letter to defense re maintenance and cure | 0.10 | 350.00 | 35.00 |
| 2/7/2017 | CAB | review letter from defense re M&C and depo | 0.10 | 350.00 | 35.00 |
| 2/10/2017 | CAB | review letter to defense re institution of M&C | 0.10 | 350.00 | 35.00 |
| 2/15/2017 | CAB | review letter to defense re institution of M&C | 0.10 | 350.00 | 35.00 |
| 2/17/2017 | CAB | review letter to defense re institution of M&C | 0.10 | 350.00 | 35.00 |
| 2/20/2017 | CAB | review letter from defense re M&C requests | 0.30 | 350.00 | 105.00 |
| 3/1/2017 | CAB | review letter from defense re setting Pl's depo | 0.10 | 350.00 | 35.00 |
| 3/14/2017 | SDJ | draft and revise letter to defense re Pl's depo | 0.20 | 225.00 | 45.00 |
| 3/15/2017 | SDJ | review email from def re depo and discovery conf. | 0.10 | 225.00 | 22.50 |
| 3/16/2017 | SDJ | phone call and emails with def. re Pl's depo, discovery and DME | 0.20 | 225.00 | 45.00 |
| 3/17/2017 | SDJ | review email from def. re DME | 0.10 | 225.00 | 22.50 |
| 3/20/2017 | SDJ | research re lost wages and necessity for economist; note file | 1.20 | 225.00 | 270.00 |
| 4/4/2017 | SDJ | retain Jamison as expert; letter with retainer | 0.30 | 225.00 | 67.50 |
| 4/4/2017 | SDJ | draft mot. to compel discovery from def. | 0.30 | 225.00 | 67.50 |

# Hourly Log

| Date | Atty | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 4/4/2017 | SDJ | email exchange with def. re filing mot. to amend and extend deadlines | 0.30 | 225.00 | 67.50 |
| 4/5/2017 | CAB | review letter from defense with discovery responses | 0.10 | 350.00 | 35.00 |
| 4/5/2017 | SDJ | email def re DME doctor | 0.10 | 225.00 | 22.50 |
| 4/6/2017 | SDJ | review discovery responses from defense | 2.10 | 225.00 | 472.50 |
| 4/7/2017 | SDJ | emails with def re vessel inspection location and Pl's DME appointment | 0.20 | 225.00 | 45.00 |
| 4/7/2017 | SDJ | review email from def re no objection to extension of deadlines | 0.10 | 225.00 | 22.50 |
| 4/7/2017 | CAB | review letter from defense re DME appointment | 0.10 | 350.00 | 35.00 |
| 4/10/2017 | SDJ | phone call and emails to def. re vessel inspection | 0.20 | 225.00 | 45.00 |
| 4/11/2017 | CAB | review letter to defense re institution of M&C | 0.10 | 350.00 | 35.00 |
| 4/11/2017 | SDJ | draft and edit motion to extend deadlines | 0.70 | 225.00 | 157.50 |
| 4/11/2017 | CAB | review motion to extend deadlines | 0.10 | 350.00 | 35.00 |
| 4/12/2017 | SDJ | travel to vessel inspection in Golden Meadow, LA | 1.90 | 225.00 | 427.50 |
| 4/12/2017 | SDJ | vessel inspection in Golden Meadow, LA | 0.50 | 225.00 | 112.50 |
| 4/12/2017 | SDJ | travel from vessel inspection in Golden Meadow, LA | 1.90 | 225.00 | 427.50 |
| 4/13/2017 | SDJ | review order granting mot. to extend deadlines | 0.10 | 225.00 | 22.50 |
| 4/19/2017 | CAB | deposition preparation; file review; review discovery responses from defendant | 3.60 | 350.00 | 1260.00 |
| 4/20/2017 | CAB | note to file re depos needed for case | 0.10 | 350.00 | 35.00 |
| 4/20/2017 | CAB | meeting with client/deposition prep | 1.00 | 350.00 | 350.00 |
| 4/20/2017 | CAB | deposition of Plaintiff | 1.70 | 350.00 | 595.00 |
| 4/24/2017 | CAB | review letter to defense re institution of M&C | 0.10 | 350.00 | 35.00 |
| 4/24/2017 | SDJ | email to def re discovery deficiency | 0.10 | 225.00 | 22.50 |
| 5/1/2017 | CAB | preparation for settlement conference; file review | 1.30 | 350.00 | 455.00 |
| 5/2/2017 | CAB | travel to settlement conference in New Orleans | 1.00 | 350.00 | 350.00 |
| 5/2/2017 | CAB | settlement conference with court in New Orleans | 0.50 | 350.00 | 175.00 |
| 5/2/2017 | CAB | travel from settlement conference in New Orleans | 1.00 | 350.00 | 350.00 |
| 5/3/2017 | SDJ | draft and edit mot. to amend complaint and amended complaint | 0.90 | 225.00 | 202.50 |
| 5/3/2017 | SDJ | draft and edit 30(b)(6) notice for T&C | 0.80 | 225.00 | 180.00 |
| 5/4/2017 | CAB | review letter to defense re institution of M&C | 0.10 | 350.00 | 35.00 |
| 5/8/2017 | SDJ | email exchange with def. re filing mot. to amend | 0.20 | 225.00 | 45.00 |
| 5/11/2017 | CAB | review defendant's proposed motion for sanctions | 0.30 | 350.00 | 105.00 |
| 5/12/2017 | CAB | review letter to defense re institution of M&C | 0.10 | 350.00 | 35.00 |
| 5/16/2017 | SDJ | email experts regarding reports due | 0.10 | 225.00 | 22.50 |
| 5/16/2017 | SDJ | review Shael's report re lost wages | 0.60 | 225.00 | 135.00 |
| 5/16/2017 | SDJ | email exchange with def. re extension for liability expert | 0.10 | 225.00 | 22.50 |
| 5/17/2017 | CAB | review mot. to amend complaint | 0.10 | 350.00 | 35.00 |
| 5/17/2017 | SDJ | edit mot. to amend complaint | 0.20 | 225.00 | 45.00 |

# Hourly Log

| Date | Atty | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 5/17/2017 | SDJ | email exchange with def. re changes to mot. to amend complaint | 0.10 | 225.00 | 22.50 |
| 5/17/2017 | CAB | review letter to defense re institution of M&C | 0.10 | 350.00 | 35.00 |
| 5/17/2017 | SDJ | draft and edit expert designations | 1.60 | 225.00 | 360.00 |
| 5/17/2017 | SDJ | draft and edit mot. to extend liability expert deadline | 0.30 | 225.00 | 7.50 |
| 5/18/2018 | SDJ | review email from def re 30(b)(6) depo date | 0.10 | 225.00 | 22.50 |
| 5/22/2017 | SDJ | review Jamison report | 0.60 | 225.00 | 135.00 |
| 5/31/2017 | SDJ | review email from def. re T&C 30(b)(6) depo | 0.10 | 225.00 | 22.50 |
| 5/31/2017 | CAB | review letter to defense re institution of M&C | 0.10 | 350.00 | 35.00 |
| 6/6/2017 | CAB | review offer of judgment from defense and discuss with client | 0.30 | 350.00 | 105.00 |
| 6/7/2017 | CAB | review letter to defense re institution of M&C | 0.10 | 350.00 | 35.00 |
| 6/9/2017 | CAB | review def. Answer to amended complaint | 0.30 | 350.00 | 105.00 |
| 6/10/2017 | CAB | meeting re proposed Rule 11 motion by defendant | 0.60 | 350.00 | 210.00 |
| 6/10/2017 | SDJ | note file re meeting on proposed Rule 11 motion by defendant | 0.10 | 225.00 | 22.50 |
| 6/12/2017 | CAB | review letter to defense re institution of M&C | 0.10 | 350.00 | 35.00 |
| 6/14/2017 | SDJ | review discovery responses from defense, subpoenas, and Pl's depo; note file re prior PVD complaints or foot complaints or prior medical providers | 1.60 | 225.00 | 360.00 |
| 6/14/2017 | SDJ | review discovery requests from defendant to Plaintiff | 0.40 | 225.00 | 90.00 |
| 6/14/2017 | SDJ | email exchange with def. re extension of discovery deadline; supplement to def's discovery | 0.20 | 225.00 | 45.00 |
| 6/15/2017 | CAB | review invoice and approve payment for Jamison | 0.30 | 350.00 | 105.00 |
| 6/16/2017 | SDJ | draft and edit Pl's witness and exhibit lists | 1.10 | 225.00 | 247.50 |
| 6/16/2017 | CAB | review Pl's witness and exhibit lists | 0.10 | 350.00 | 35.00 |
| 6/19/2017 | CAB | review Def's witness and exhibit lists | 0.10 | 350.00 | 35.00 |
| 6/21/2017 | SDJ | review RFA and RFP from defendant to Plaintiff | 0.60 | 225.00 | 135.00 |
| 6/22/2017 | SDJ | email exchange with def. re subpoena response not received and requesting records | 0.20 | 225.00 | 45.00 |
| 6/23/2017 | CAB | review letter from CMS | 0.20 | 350.00 | 70.00 |
| 6/28/2017 | CAB | deposition preparation for T&C depo; file review | 3.10 | 350.00 | 1085.00 |
| 6/29/2017 | CAB | travel to T&C depo in Metairie, LA | 0.50 | 350.00 | 175.00 |
| 6/29/2017 | CAB | deposition of T&C Marine | 2.50 | 350.00 | 875.00 |
| 6/29/2017 | CAB | travel from T&C depo in Metairie, LA | 0.50 | 350.00 | 175.00 |
| 6/30/2017 | SDJ | email exchange w/ def re. records of Dr. Calia | 0.10 | 225.00 | 22.50 |
| 7/12/2017 | CAB | review def's MSJ | 0.60 | 350.00 | 210.00 |
| 7/12/2017 | CAB | review def's MIL re Jamison | 0.50 | 350.00 | 175.00 |
| 7/14/2017 | CAB | review mot. to extend deadline to file opp. to MSJ and MIL re Jamison | 0.10 | 350.00 | 35.00 |
| 7/17/2017 | CAB | meeting w/ SDJ re oppositions to motions | 0.40 | 350.00 | 140.00 |
| 7/17/2017 | SDJ | review MSJ and MIL re Jamison | 1.40 | 225.00 | 315.00 |

# **Hourly Log**

| Date | Atty | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 7/18/2017 | CAB | review letter to defense re institution of M&C | 0.10 | 350.00 | 35.00 |
| 7/18/2017 | CAB | review letter from defense re medical perpetuation depositions | 0.30 | 350.00 | 105.00 |
| 7/18/2017 | SDJ | research re de bene esse depositions | 0.50 | 225.00 | 112.50 |
| 7/18/2017 | SDJ | draft motion to permit de bene esse depositions | 0.40 | 225.00 | 90.00 |
| 7/19/2017 | SDJ | review T&C Marine depo | 1.40 | 225.00 | 315.00 |
| 7/19/2017 | SDJ | review Jamison report | 0.50 | 225.00 | 112.50 |
| 7/19/2017 | SDJ | phone call with Jamison re motion and response | 0.50 | 225.00 | 12.50 |
| 7/19/2017 | SDJ | review Dardar depo | 0.80 | 225.00 | 180.00 |
| 7/19/2017 | SDJ | draft and edit affidavit for Jamison | 0.60 | 225.00 | 135.00 |
| 7/20/2017 | SDJ | research re pleading standard; level of injury in Jones Act cases; unseaworthiness; and other issues in MSJ | 3.10 | 225.00 | 697.50 |
| 7/20/2017 | SDJ | review medical records and Sheahan report and Jamison report | 1.30 | 225.00 | 292.50 |
| 7/20/2017 | SDJ | research re Daubert standard | 0.90 | 225.00 | 202.50 |
| 7/21/2017 | SDJ | draft and edit Opp to MSJ | 3.70 | 225.00 | 832.50 |
| 7/21/2017 | SDJ | draft and edit Opp to MIL re Jamison | 2.20 | 225.00 | 495.00 |
| 7/21/2017 | CAB | review Opps to MIL and MSJ | 0.60 | 350.00 | 210.00 |
| 7/24/2017 | SDJ | review, edit and finalize discovery responses to defendant | 2.40 | 225.00 | 540.00 |
| 7/25/2017 | CAB | preparation for Dr. Jonathan Gisclair depo; medical record review and research | 2.60 | 350.00 | 910.00 |
| 7/25/2017 | CAB | review def's MFL to file reply to Jamison Opp. | 0.40 | 350.00 | 140.00 |
| 7/26/2017 | CAB | review Dr. Manestar records; cancel depo | 0.40 | 350.00 | 140.00 |
| 7/26/2017 | CAB | travel to Gisclair depo in Galliano, LA | 1.80 | 350.00 | 630.00 |
| 7/26/2017 | CAB | deposition of Dr. Jonathan Gisclair | 0.60 | 350.00 | 210.00 |
| 7/26/2017 | CAB | travel from Gisclair depo in Galliano, LA | 1.80 | 350.00 | 630.00 |
| 7/27/2017 | CAB | review and respond to email from def. re depo cancellation | 0.10 | 350.00 | 35.00 |
| 7/31/2017 | CAB | review records Dr. Battaglia; cancel depo | 0.20 | 350.00 | 70.00 |
| 7/31/2017 | CAB | review email from def. re depo cancelation | 0.10 | 350.00 | 35.00 |
| 8/1/2017 | CAB | review defense letter to SSA re earnings | 0.10 | 350.00 | 35.00 |
| 8/1/2017 | CAB | review defense letter to La. Workers' Compensation re records | 0.10 | 350.00 | 35.00 |
| 8/1/2017 | CAB | review defense letter to La. Workforce Commission re records | 0.10 | 350.00 | 35.00 |
| 8/1/2017 | CAB | review defense letter to SSA re disability benefits | 0.10 | 350.00 | 35.00 |
| 8/2/2017 | CAB | travel to court in New Orleans for oral argument | 1.00 | 350.00 | 350.00 |
| 8/2/2017 | CAB | oral argument - MIL re Jamison and MSJ | 1.00 | 350.00 | 350.00 |
| 8/2/2017 | CAB | travel from court in New Orleans for oral argument | 1.00 | 350.00 | 350.00 |
| 8/3/2017 | SDJ | preparation for Marissa Diaz depo; medical record review | 2.10 | 225.00 | 472.50 |
| 8/3/2017 | SDJ | travel to Marissa Diaz depo in Larose, LA | 1.60 | 225.00 | 360.00 |

# Hourly Log

| Date | Initials | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 8/3/2017 | SDJ | deposition of Marissa Diaz | 0.40 | 225.00 | 90.00 |
| 8/3/2017 | SDJ | travel from Marissa Diaz depo in Larose, LA | 1.60 | 225.00 | 360.00 |
| 8/7/2017 | SDJ | draft and revise outline of punitive damages claim re M&C | 1.50 | 225.00 | 337.50 |
| 8/7/2017 | CAB | review outline of punitive damages claim re M&C | 0.20 | 350.00 | 70.00 |
| 8/7/2017 | CAB | preparation for depositions of Drs. Little and Powell; file review, records review and research | 3.10 | 350.00 | 1085.00 |
| 8/7/2011 | CAB | draft timeline of events for trial binder | 0.40 | 350.00 | 140.00 |
| 8/8/2017 | SDJ | email def. re PTO inserts | 0.10 | 225.00 | 22.50 |
| 8/8/2017 | CAB | travel to TN for depos | 4.00 | 350.00 | 1400.00 |
| 8/8/2017 | CAB | deposition of Dr. Timothy Powell in Cookeville, TN | 0.50 | 350.00 | 175.00 |
| 8/8/2017 | CAB | deposition of Dr. Thomas Little in Cookeville, TN | 0.50 | 350.00 | 175.00 |
| 8/8/2017 | CAB | travel from depos in TN | 4.00 | 350.00 | 1400.00 |
| 8/8/2017 | SDJ | draft PTO | 6.20 | 225.00 | 1395.00 |
| 8/9/2017 | SDJ | organize and bates stamp trial exhibits | 3.50 | 225.00 | 787.50 |
| 8/9/2017 | CAB | review draft PTO and edit | 1.30 | 350.00 | 455.00 |
| 8/9/2017 | CAB | review def's PTO inserts | 0.80 | 350.00 | 280.00 |
| 8/9/2017 | SDJ | edit PTO, insert def. inserts | 2.70 | 225.00 | 607.50 |
| 8/9/2017 | CAB | review full draft of PTO and edit | 1.00 | 350.00 | 350.00 |
| 8/9/2017 | SDJ | email def re photos used in depo | 0.10 | 225.00 | 22.50 |
| 8/10/2017 | SDJ | organize and bates stamp trial exhibits | 1.00 | 225.00 | 225.00 |
| 8/10/2017 | CAB | preparation for deposition of Dr. Kimberly Wilkins | 1.30 | 350.00 | 455.00 |
| 8/10/2017 | CAB | deposition of Dr. Kimberly Wilkins | 0.50 | 350.00 | 175.00 |
| 8/10/2017 | SDJ | confer w/ def. re extension to file PTO | 0.20 | 225.00 | 45.00 |
| 8/10/2017 | CAB | meeting w/ SDJ re subjects for MIL | 0.30 | 350.00 | 105.00 |
| 8/11/2017 | SDJ | email exchange with def. re exhibits and PTO | 0.20 | 225.00 | 45.00 |
| 8/11/2017 | CAB | draft and review letter to defense re institution of M&C | 0.10 | 350.00 | 35.00 |
| 8/11/2017 | CAB | review and edit PTO | 1.20 | 350.00 | 420.00 |
| 8/11/2017 | SDJ | research re collatal source rule | 1.20 | 225.00 | 270.00 |
| 8/11/2017 | SDJ | draft and edit MIL | 1.40 | 225.00 | 315.00 |
| 8/11/2017 | SDJ | research filing motion under seal | 1.00 | 225.00 | 225.00 |
| 8/11/2017 | SDJ | draft and edit motion to file under seal | 0.70 | 225.00 | 157.50 |
| 8/11/2017 | CAB | review MIL and motion to file under seal | 0.40 | 350.00 | 140.00 |
| 8/11/2017 | SDJ | draft and edit mot to expedite consideration of motion to file MIL under seal | 0.20 | 225.00 | 45.00 |
| 8/11/2017 | SDJ | edit PTO, review def. inserts/edits | 3.00 | 225.00 | 675.00 |
| 8/11/2017 | CAB | review final draft of PTO | 0.60 | 350.00 | 210.00 |
| 8/14/2017 | CAB | review order re motion to file under seal | 0.10 | 350.00 | 35.00 |
| 8/14/2017 | CAB | review def's MIL and motion to strike | 0.60 | 350.00 | 210.00 |
| 8/14/2017 | CAB | meeting w/ SDJ re def's MIL and motion to strike | 0.40 | 350.00 | 140.00 |
| 8/14/2017 | SDJ | research re opp to MIL and mot. to strike | 0.40 | 225.00 | 90.00 |
| 8/14/2017 | SDJ | file review re MIL and mot. to strike; review depos and punitive damages outline | 0.80 | 225.00 | 180.00 |

**Hourly Log**

| Date | Initials | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 8/14/2017 | SDJ | draft and edit Pl's opp to def's MIL and mot. to strike | 1.30 | 225.00 | 292.50 |
| 8/15/2017 | SDJ | draft and edit Pl's opp to def's MIL and mot. to strike | 1.50 | 225.00 | 337.50 |
| 8/15/2017 | CAB | review Pl's opp to def's MIL and mot. to strike | 0.20 | 350.00 | 70.00 |
| 8/15/2017 | CAB | review def's opp to motion to file under seal | 0.40 | 350.00 | 140.00 |
| 8/16/2017 | CAB | review order denying mot. to file under seal | 0.10 | 350.00 | 35.00 |
| 8/16/2017 | CAB | review def's memo in opp to Pl's MIL | 0.40 | 350.00 | 140.00 |
| 8/16/2017 | CAB | file review in preparation for PTC | 3.10 | 350.00 | 1085.00 |
| 8/16/2017 | SDJ | email exchange with def. re exhibits | 0.10 | 225.00 | 22.50 |
| 8/17/2017 | CAB | travel to court for PTC in New Orleans | 1.00 | 350.00 | 350.00 |
| 8/17/2017 | CAB | pre-trial conference (PTC) | 1.00 | 350.00 | 350.00 |
| 8/17/2017 | CAB | travel from court in New Orleans | 1.00 | 350.00 | 350.00 |
| 8/17/2017 | SDJ | research re M&C and pre-existing illness - manifestation and symptomatic | 1.00 | 225.00 | 225.00 |
| 8/28/2017 | CAB | meeting w/ SDJ re new RFA to defendant re text message and RFP re attorney hours | 0.30 | 350.00 | 105.00 |
| 8/28/2017 | SDJ | draft and edit RFA and RFP to defendant | 0.50 | 225.00 | 112.50 |
| 8/29/2017 | CAB | review draft of timeline of treatment and M&C requests | 0.30 | 350.00 | 105.00 |
| 9/12/2017 | CAB | review letter to defense re institution of M&C | 0.10 | 350.00 | 35.00 |
| 9/26/2017 | CAB | review letter to defense re institution of M&C | 0.10 | 350.00 | 35.00 |
| 10/4/2017 | CAB | review letter to defense re institution of M&C | 0.10 | 350.00 | 35.00 |
| 10/5/2017 | SDJ | research re M&C and pre-existing illness - manifestation and symptomatic | 4.50 | 225.00 | 1012.50 |
| 10/9/2017 | SDJ | draft and edit supp memo re M&C | 2.30 | 225.00 | 517.50 |
| 10/10/2017 | CAB | review and respond to email re extension to file supp memo on M&C | 0.10 | 350.00 | 35.00 |
| 10/10/2017 | SDJ | review def's motion for extension | 0.10 | 225.00 | 22.50 |
| 10/11/2017 | SDJ | review order granting mot. for extension | 0.10 | 225.00 | 22.50 |
| 10/16/2017 | CAB | review letter to defense re institution of M&C | 0.10 | 350.00 | 35.00 |
| 10/19/2017 | SDJ | review responses to RFA provided by defendant | 0.20 | 225.00 | 45.00 |
| 10/24/2017 | CAB | review supp memo re M&C | 0.20 | 350.00 | 70.00 |
| 10/24/2017 | SDJ | edit supp memo re M&C | 0.20 | 225.00 | 45.00 |
| 10/25/2017 | CAB | review def's supp memo re M&C | 0.40 | 350.00 | 140.00 |
| 10/31/2017 | CAB | review letter to defense re instituion of M&C | 0.10 | 350.00 | 35.00 |
| 11/6/2017 | CAB | review letter from USCG re FOIA request | 0.20 | 350.00 | 70.00 |
| 11/20/2017 | CAB | review letter to defense re institution of M&C | 0.10 | 350.00 | 35.00 |
| 1/11/2018 | CAB | travel to PTC in New Orleans | 1.00 | 350.00 | 350.00 |
| 1/11/2018 | CAB | PTC in New Orleans | 1.00 | 350.00 | 350.00 |
| 1/11/2018 | CAB | travel from PTC in New Orleans | 1.00 | 350.00 | 350.00 |
| 1/12/2018 | CAB | draft and review letter to defense re HIPAA authorizations and verbal communications | 0.20 | 350.00 | 70.00 |
| 1/12/2018 | CAB | review email from def. re W-9 from Dr. Gisclair | 0.10 | 350.00 | 35.00 |

# Hourly Log

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 1/13/2017 | SDJ | research for proposed jury instructions | 1.80 | 225.00 | 405.00 |
| 1/13/2018 | SDJ | draft proposed jury instructions | 2.50 | 225.00 | 562.50 |
| 1/14/2018 | CAB | review and edit deposition transcripts for objections and colloquy | 1.00 | 350.00 | 350.00 |
| 1/15/2018 | SDJ | draft proposed jury instructions | 1.00 | 225.00 | 225.00 |
| 1/15/2018 | CAB | review jury instructions | 0.70 | 350.00 | 245.00 |
| 1/15/2018 | SDJ | email def. re depo transript edits | 0.10 | 225.00 | 22.50 |
| 1/15/2018 | SDJ | draft verdict form | 0.80 | 225.00 | 180.00 |
| 1/15/2018 | SDJ | draft statement of the case | 0.30 | 225.00 | 67.50 |
| 1/15/2018 | MOG | draft proposed voir dire questions | 1.00 | 350.00 | 350.00 |
| 1/16/2018 | CAB | review verdict form and statement of the case | 0.40 | 350.00 | 140.00 |
| 1/16/2018 | SDJ | edit proposed voir dire questions | 0.40 | 225.00 | 90.00 |
| 1/16/2018 | CAB | review jury instructions, statement of case and verdict form w/ def edits | 1.30 | 350.00 | 455.00 |
| 1/16/2018 | SDJ | final edits to jury instructions, statement of case, verdict form | 1.80 | 225.00 | 405.00 |
| 1/17/2018 | SDJ | review trial exhibits; remove narrative reports from medical reports | 3.00 | 225.00 | 675.00 |
| 1/17/2018 | SDJ | draft Pl's final witness list | 0.40 | 225.00 | 90.00 |
| 1/17/2018 | CAB | review Pl's final witness list | 0.10 | 350.00 | 35.00 |
| 1/17/2018 | SDJ | draft proposed M&C stipulation | 2.00 | 225.00 | 450.00 |
| 1/17/2018 | CAB | review def's final witness list | 0.10 | 350.00 | 35.00 |
| 1/17/2018 | SDJ | email exchange w/ def. re depo transcripts for trial purposes | 0.10 | 225.00 | 22.50 |
| 1/17/2018 | CAB | review def's proposed voir dire questions | 0.20 | 350.00 | 70.00 |
| 1/18/2018 | SDJ | finalize depo transcripts for trial | 0.50 | 225.00 | 112.50 |
| 1/18/2018 | SDJ | email def. re bench books | 0.10 | 225.00 | 22.50 |
| 1/18/2018 | CAB | review def proposed M&C stipulation | 0.10 | 350.00 | 35.00 |
| 1/18/2018 | SDJ | letter to court and defense re Pl's proposed stipulation re M&C requests and responses | 0.20 | 225.00 | 45.00 |
| 1/18/2018 | CAB | phone status conference call with court re M&C stipulation | 0.20 | 350.00 | 70.00 |
| 1/19/2018 | SDJ | review medical invoices; draft demonstrative re charges, payments and balances due | 3.10 | 225.00 | 697.50 |
| 1/19/2018 | CAB | review letter from def. to Pl and court re M&C stipulation | 0.40 | 350.00 | 140.00 |
| 1/19/2018 | CAB | phone status conference with court and def. re M&C stipulation | 0.30 | 350.00 | 105.00 |
| 1/19/2018 | CAB | preparation for jury trial | 6.00 | 350.00 | 2100.00 |
| 1/19/2018 | SDJ | email to court and def. with outline of punitive damages claim | 0.10 | 225.00 | 22.50 |
| 1/19/2018 | CAB | meeting re Dr. Sheahan testimony time | 0.20 | 350.00 | 70.00 |
| 1/19/2018 | SDJ | email to def re Dr. Sheahan trial testimony time | 0.10 | 225.00 | 22.50 |
| 1/19/2018 | CAB | review offer from def. | 0.10 | 350.00 | 35.00 |

## Hourly Log

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 1/19/2018 | SDJ | email response to def. re offer | 0.10 | 225.00 | 22.50 |
| 1/19/2018 | CAB | call client discuss def. offer | 0.30 | 350.00 | 105.00 |
| 1/20/2018 | SDJ | research re supp jury instruction | 0.40 | 225.00 | 90.00 |
| 1/20/2018 | SDJ | draft supp juy instruction and send to def. | 0.30 | 225.00 | 67.50 |
| 1/20/2018 | CAB | review Pl's supp jury instruction | 0.10 | 350.00 | 35.00 |
| 1/20/2018 | SDJ | review Diaz video depo for proper edits | 0.50 | 225.00 | 112.50 |
| 1/20/2018 | SDJ | review Little video depo for proper edits | 0.50 | 225.00 | 112.50 |
| 1/20/2018 | SDJ | review Powell video depo for proper edits | 0.50 | 225.00 | 112.50 |
| 1/20/2018 | SDJ | review Wilkins video depo for proper edits | 0.50 | 225.00 | 112.50 |
| 1/20/2018 | MOG | review depo transcripts - Wilkins, Little, Powell, Diaz, Gisclair | 1.70 | 350.00 | 595.00 |
| 1/20/2018 | CAB | preparation for jury trial | 6.00 | 350.00 | 2100.00 |
| 1/21/2018 | MOG | trial prep - review Sheahan report and prepare for cross | 1.50 | 350.00 | 525.00 |
| 1/21/2018 | CAB | preparation for jury trial | 6.00 | 350.00 | 2100.00 |
| 1/22/2018 | CAB | travel to trial in New Orleans | 1.00 | 350.00 | 350.00 |
| 1/22/2018 | CAB | trial - day 1 | 8.30 | 350.00 | 2905.00 |
| 1/22/2018 | MOG | trial - day 1 | 8.30 | 350.00 | 2905.00 |
| 1/22/2018 | SDJ | trial - day 1 | 8.30 | 225.00 | 1867.50 |
| 1/22/2018 | CAB | travel from trial in New Orleans | 1.00 | 350.00 | 350.00 |
| 1/22/2018 | CAB | preparation for trial | 2.00 | 350.00 | 700.00 |
| 1/22/2018 | SDJ | preparation for trial - mot. for judgment as matter of law | 1.00 | 225.00 | 225.00 |
| 1/23/2018 | CAB | travel to trial in New Orleans | 1.00 | 350.00 | 350.00 |
| 1/23/2018 | CAB | trial - day 2 | 8.30 | 350.00 | 2905.00 |
| 1/23/2018 | MOG | trial - day 2 | 8.30 | 350.00 | 2905.00 |
| 1/23/2018 | SDJ | trial - day 2 | 8.30 | 225.00 | 1867.50 |
| 1/23/2018 | CAB | travel from trial in New Orleans | 1.00 | 350.00 | 350.00 |
| 1/24/2018 | CAB | travel to trial in New Orleans | 1.00 | 350.00 | 350.00 |
| 1/24/2018 | CAB | trial - day 3 | 1.00 | 350.00 | 350.00 |
| 1/24/2018 | MOG | trial - day 3 | 1.00 | 350.00 | 350.00 |
| 1/24/2018 | SDJ | trial - day 3 | 1.00 | 225.00 | 225.00 |
| 1/24/2018 | CAB | review email from court re maintenance calculation | 0.10 | 350.00 | 35.00 |
| 1/24/2018 | MOG | respond to court re maintenance calculation | 0.10 | 350.00 | 35.00 |
| 1/25/2018 | CAB | review and reply to def. and court re maintenance calculation | 0.10 | 350.00 | 35.00 |
| 1/25/2018 | CAB | review and meet re court email requesting maintenance calculation brief | 0.30 | 350.00 | 105.00 |
| 1/25/2018 | CAB | review judgment issued by court | 0.10 | 350.00 | 35.00 |
| 1/25/2018 | SDJ | draft letter to court re brief on maintenance due in light of hospitalization | 0.20 | 225.00 | 45.00 |
| 1/25/2018 | CAB | edit and finalize letter to court re brief | 0.10 | 350.00 | 35.00 |
| 2/5/2018 | SDJ | draft bill of costs | 1.50 | 225.00 | 337.50 |
| 2/6/2018 | CAB | review bill of costs | 0.20 | 350.00 | 70.00 |

**Hourly Log**

| | | | | | |
|---|---|---|---|---|---|
| 2/6/2018 | SDJ | research for motion for attorneys' fees | 1.50 | 225.00 | 337.50 |
| 2/7/2016 | SDJ | draft motion for attorneys' fees and declarations | 2.00 | 225.00 | 450.00 |
| 2/7/2018 | CAB | review motion for attorneys' fees | 0.40 | 350.00 | 140.00 |
| 2/7/2018 | CAB | review and sign declaration | 0.20 | 350.00 | 70.00 |
| 2/7/2018 | MOG | review and sign declaration | <u>0.20</u> | 350.00 | <u>70.00</u> |
| | | | 279.00 | | 81015.00 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | Attorneys: | | | |
| | | CAB:  C. Arlen Braud, II | | | |
| | | MOG:  Michelle O. Gallagher | | | |
| | | SDJ:  Steven D. Jackson | | | |