UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| **RAYMOND DARDAR** | **CIVIL ACTION NO.:  16-13797** |
|---|---|
| **VERSUS** | |
| **T&C MARINE, LLC** | **SECTION: "H"(2)** |
| | **JUDGE JANE TRICHE MILAZZO** |
| | **MAGISTRATE JUDGE JOSEPH C. WILKINSON** |

**O R D E R**

Considering the above and foregoing Motion to Set Attorneys' Fees:

**IT IS ORDERED** that Plaintiff Raymond Dardar's Motion is granted.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that judgement be entered in favor of Plaintiff, Raymond Dardar, and against Defendant, T&C Marine, LLC, on Plaintiff's claim for attorneys' fees for Defendant's unreasonable, willful and wanton failure to pay maintenance and cure, and Defendant is ordered to pay attorneys' fees in the amount of $81,015.

New Orleans, Louisiana, this _____ day of _____, 2018.

_____
**HONORABLE JANE T. MILAZZO**
**UNITED STATES DISTRICT JUDGE**