## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RAYMOND DARDAR** <br><br> **VERSUS** <br><br> **T&C MARINE, LLC** | **CIVIL ACTION NO.: 16-13797** <br><br> **SECTION: "H"(2)** <br><br> **JUDGE JANE TRICHE MILAZZO** <br><br> **MAGISTRATE JUDGE JOSEPH C. WILKINSON** |

### NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that the attached Motion to Set Attorneys' Fees shall be set for submission/hearing before U.S. District Judge Jane Triche Milazzo, United States District Court, Eastern District of Louisiana, 500 Poydras Street, Courtroom C-224, New Orleans, Louisiana, on the **7th day of March, 2018, at 9:30 a.m**.

Respectfully submitted:

_____
**C. ARLEN BRAUD, II, #20719**
**MICHELLE O. GALLAGHER, #23886**
**STEVEN D. JACKSON, #35841**
Braud & Gallagher, L.L.C.
111 N. Causeway Blvd., Ste. 201
Mandeville, LA 70448
Telephone:     (985) 778-0771
Facsimile:     (985) 231-4663
arlenb@braudandgallagher.com
michelleg@braudandgallagher.com
stevenj@braudandgallagher.com
**Counsel for Plaintiff**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 8, 2018, I electronically filed the foregoing with the clerk of court by using the CM/ECF system which will send a notice of electronic filing to all counsel.

_____
**C. ARLEN BRAUD, II**