UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RAYMOND DARDAR** | **CIVIL ACTION** |
| **VERSUS** | **NO. 16-13797** |
| **T&C MARINE, L.L.C.** | **SECTION "H" (2)** |

# O R D E R

The court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, Defendant's objection to the Magistrate Judge's Report and Recommendation, and Plaintiff's response thereto, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that defendant, T&C Marine, L.L.C., be ordered to pay plaintiff, Raymond Dardar, $52,959.66 in reasonable attorney's fees.

New Orleans, Louisiana, this 16th day of August, 2018.

_____
UNITED STATES DISTRICT JUDGE