UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RAYMOND DARDAR | CIVIL ACTION |
| VERSUS | NO. 16-13797 |
| T&C MARINE, L.L.C. | SECTION "H" (2) |

**AMENDED JUDGMENT**

Considering the verdict of the jury rendered on January 24, 2018; and the court having approved the Report and Recommendation of the United States Magistrate Judge and having adopted it as its opinion herein;

**IT IS ORDERED, ADJUDGED, AND DECREED** that judgment be entered in favor of Defendant T&C Marine, LLC and against Plaintiff Raymond Dardar on Plaintiff's Jones Act and unseaworthiness claims.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that judgment be entered in favor of Plaintiff Raymond Dardar and against Defendant T&C Marine, LLC on Plaintiff's maintenance and cure and failure to pay maintenance and cure claims in the amounts of $4,180 for maintenance, $3,500 for cure, $72,500 in compensatory damages, and $20,000 in punitive damages.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of Plaintiff Raymond Dardar and against Defendant T&C

Marine, LLC in the amount of FIFTY-TWO THOUSAND NINE HUNDRED FIFTY-NINE and 66/100 DOLLARS ($52,959.66) in reasonable attorney's fees.

New Orleans, Louisiana, this 16th day of August, 2018.

UNITED STATES DISTRICT JUDGE