UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RAYMOND DARDAR** | * | **CIVIL ACTION** |
| | * | |
| versus | * | **NUMBER: 16-13797 (H)(2)** |
| | * | |
| **T&C MARINE, LLC** | * | **DISTRICT JUDGE MILAZZO** |
| | * | |
| | * | **MAGISTRATE JUDGE WILKINSON** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF FINAL SATISFACTION OF JUDGMENT

**PLEASE TAKE NOTICE,**

The Plaintiff, Raymond Dardar, through undersigned counsel, hereby represents to the Court that the Final Judgment rendered in this case in favor of the Plaintiff and against the Defendant, rec. doc. 110, has been fully satisfied by the Defendant. Sums recoverable under the Final Judgment, rec. doc. 110, including, maintenance and cure, compensatory damages, punitive damages, attorney's fees, and costs, have been paid. No further amount is due to the Plaintiff from the Defendant.

All claims of the Plaintiff against the Defendant and all issues in the above-captioned matter have been fully satisfied and resolved.

WHEREFORE, the Plaintiff prays this notice be deemed sufficient and that the record of this matter be marked as "Fully Satisfied."

1

Respectfully submitted,

*[signature]*

C. Arlen Braud, II, Esq.
Michelle O. Gallagher, Esq.
Steven D. Jackson, Esq.
Braud & Gallagher, LLC
111 N. Causeway Blvd., Suite 201
Mandeville, LA  70448
Phone:  (985) 778-0771
Fax:      (985) 231-4663
arlenb@braudandgallagher.com
michelleg@braudandgallagher.com
stevenj@braudandgallagher.com